VERMONT SUPERIOR COURT
Windsor Unit
12 The Green
Woodstock VT  05091
802-457-2121
www.vermontjudiciary.org

CIVIL DIVISION
Case No. 24-CV-03024



| Jayson Dunbar et al v. Melissa Severino |
|---|

## ENTRY REGARDING MOTION

Title:          Motion for Default Judgment (Motion: 1)
Filer:          Christopher S. Moore
Filed Date:     September 13, 2024

In a civil action, "[t]he person serving the process shall make proof of service thereon on the original process or a paper attached thereto for that purpose, and shall forthwith return it" to the plaintiff's attorney. The plaintiff's attorney must thereafter file that proof with the court. Vt. R. Civ. P. 4(i); 4B Wright & Miller, Federal Practice and Procedure: Civil 4th § 1130. In this case, plaintiff did not file such a proof, but instead filed a "certificate," signed by the plaintiff's attorney, indicating that the materials were "delivered by Windsor County Sheriff's Department to the defendant." The certification is not signed by the person who made process, and does not include the necessary information for the court to make the determination as to whether service was made in accordance with the rules. The certificate is therefore inadequate for the purpose of demonstrating commencement of the case. Plaintiff's motion for default judgment is denied. Proof of service shall be filed within the time permitted by rule or the case may be dismissed according to the rules without further notice.

Electronically signed on Wednesday, September 18, 2024 pursuant to V.R.E.F. 9(d).

H. Dickson Corbett
Superior Court Judge

**Vermont Superior Court**
**Filed  09/18/24**
**Windsor Unit**